# UNITED STATES DISTRICT COURT
## District of Minnesota

Rosa Edelmira Chiqui Llapa,

Petitioner,

v.

Pam Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1115 PJS/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED IN PART and DENIED IN PART. Specifically, the Court:

   a. REINSTATES the Immigration Judge's June 25, 2016 order of supervision [ECF No. 6-4].

   b. ORDERS respondents to release petitioner from custody in accordance with the conditions previously imposed within 48 hours of entry of this order. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota before releasing her.

2. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 2/18/2026

KATE M. FOGARTY, CLERK